ORIGINAL

TIMOTHY J. YOO, (State Bar No. 155531)
1888 Century Park East
Suite #1500
Los Angeles, CA 90067
(310) 277-7400

Chapter 7 Trustee



FILED
SEP 18 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL
# LOS ANGELES DIVISION

| | |
|---|---|
| In re | CASE NO. 2:99-19373-EC |
| DICK CEPEK, INC | CHAPTER 7 |
| Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011) |

**TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto, Check No. 1067, in the sum of $1,875.17, representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: September 17, 2009

_____
TIMOTHY J. YOO

| NO. | CLAIMANT | AMOUNT | DIVIDEND |
|---|---|---|---|
| 349 | Customized Business Forms | $1,787.25 | $482.38 |
| 356 | Express Muffler & Hitch | $899.50 | $242.88 |
| 395 | Safeco Property & Casualty Insurance | $28,760.91 | $1,149.91 |

| In re | CHAPTER 7 |
|---|---|
| DICK CEPEK, INC | |
| | CASE NO.: 2:99-19373-EC |
| Debtor(s). | |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1888 Century Park East, Suite #1500, Los Angeles, CA 90067

The foregoing document described **NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 18, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL, OR OVERNIGHT MAIL (INDICATE METHOD FOR EACH PERSON OR ENTITY SERVED):**
On September 18, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Ellen Carroll, U.S. Bankruptcy Court, 255 E Temple St, Room 1634, Los Angeles, CA 90012
Office of the U.S. Trustee, 725 S Figueroa St, 26th Fl, Los Angeles, CA 90017

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 18, 2009 | Linda Riess | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

**ADDITIONAL SERVICE INFORMATION (if needed):**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1